# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JAMES E. MILLER, JR.,

        Plaintiff,        Case No. 03-C-987

      v.

POLICE CHIEF ARTHUR L. JONES
and CITY OF MILWAUKEE,

        Defendants.

## OPINION AND ORDER

An interlocutory appeal to the Seventh Circuit has been filed by Defendant Arthur Jones. While the appeal is pending, there appears to be no reason to maintain this file as an open case for statistical purposes. Therefore, the court ORDERS that the Clerk of Court shall submit a JS-6 Form to the Administrative Office of the United States Courts, thereby closing this case for statistical purposes.

IT IS FURTHER ORDERED that nothing in this order shall be considered a dismissal or disposition of this matter and any party may reopen this case at any time by advising the court and opposing counsel in writing that the appellate process has reached finality and that the parties are ready to proceed with the case.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 1st day of August, 2005.

                      s/ Thomas J. Curran
                      Thomas J. Curran
                      United States District Judge